FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
8/25/2025 11:58 AM
KATINA WATSON
CLERK OF THE COURT
Dora I Chavarria

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

VERONICA VELADOR,

Plaintiff,

v. NO. D-202-CV-2025-07515

WALMART, INC., a foreign
for-profit corporation,
WAL-MART STORES EAST, LP,
a foreign limited partnership,
and JANE DOES 1-2,

Defendants.

**COMPLAINT FOR PERSONAL INJURIES, NEGLIGENCE, AND PREMISES LIABILITY**

**COMES NOW**, Plaintiff by her attorney, the Gaddy Law Firm (Brian Gaddy), and states as follows:

**GENERAL ALLEGATIONS**

1. Plaintiff, Veronica Velador, is a resident of Bernalillo County, New Mexico.

2. Upon information and belief, Defendants Walmart, Inc., and Wal-Mart Stores East LP are for profit foreign corporations doing business in New Mexico with stores throughout New Mexico and can be served with process of this lawsuit by serving this lawsuit on Corporation Process Company in Hobbs, New Mexico.

3. The events material to the allegations of this complaint took place at Walmart Supercenter, Store#850, located at 2701 Carlisle Blvd. NE, Albuquerque, NM 87110.



EXHIBIT A

4. Upon information and belief, and at all material times herein, defendant occupied, controlled, and managed the real property located Walmart Supercenter, Store#850, located at 2701 Carlisle Blvd. NE, Albuquerque, NM 87110.

5. Jane Doe is the unknown manager of the store. It is believed that Jane Doe is a resident of Bernalillo County, New Mexico. Once it is determined who this individual is, the complaint will be supplemented to reflect the individual's correct name.

6. This Court has jurisdiction over the parties and subject matter herein, and venue is proper in Otero County, New Mexico.

**FACTS**

7. On September 13, 2022, Ms. Velador was a customer at the Walmart Supercenter, Store#850, located at 2701 Carlisle Blvd. NE, Albuquerque, NM 87110 (the "Store").

8. Ms. Velador was legally on the premises of the Store.

9. As Ms. Velador was leaving the store and slipped in water that was around the ice machine.

10. Ms. Velador was holding a stroller with her one-month-old daughter inside.

11. Ms. Velador had to release the stroller to avoid the baby getting injured too.

12. Ms. Velador was leaving the Norwest entrance when the fall occurred.

13. Ms. Velador suffered severe injuries and damages due to this incident.

14. Defendants caused injuries and damages to Ms. Velador.

15. Ms. Velador did not cause or in any way contribute to her injuries or damages.

16. The injuries and damages caused by defendants have resulted in great injuries to Ms. Velador.

17. Jane Doe was the greeter at the Walmart store where the incident occurred and was responsible for unsafe conditions on the premises.

**COUNT I NEGLIGENCE**

18. Plaintiff incorporates all prior allegations as if set forth herein in full.

19. Defendants had a duty to exercise ordinary care while ensuring that the premises of the store were properly maintained and safe for Ms. Velador and others.

20. Defendants had a duty to avoid placing others such as Ms. Velador in danger and to prevent accidents.

21. Defendants breached their duties by failing to properly observe and correct any dangerous or defective conditions on the premises.

22. Defendants breached their duty by failing to exercise ordinary care and maintaining the premises in a safe condition.

23. Defendants breached their duties by failing to warn plaintiff that a dangerous condition existed on the premises where she was traversing at the time of the incident.

24. Defendants breached their duties by failing to properly address the water on the premises floor and failed to properly train and supervise employees and failed to properly enforce rules and regulations.

25. Defendants breached their duties by failing to correct the dangerous conditions presented by the water water on the floor that existed on the premises where Ms. Velador was traversing at the time of the incident.

26. Defendants' actions and conditions constitute negligence as stated herein.

27. Defendants' breach of duties as set forth herein, directly, and proximately caused

Ms. Velador to suffer damages in the form of monetary damages, bodily injury, pain and suffering, loss of enjoyment of life, as well as past and future medical expenses, and an amount to be determined at trial.

28. As a direct and proximate result of Defendants' negligence, Plaintiff has suffered a significant loss of enjoyment of life. Plaintiff's injuries have impaired their ability to engage in activities that previously brought pleasure, fulfillment, and meaning. Under New Mexico law, Plaintiff is entitled to recover damages for this loss of life's pleasures, separate and apart from pain and suffering. Plaintiff therefore seeks compensation for hedonic damages in an amount to be determined at trial.

## COUNT II PREMISES LIABILITY

29. Plaintiff incorporates all prior allegations as if set forth herein in full.

30. Defendants had a duty to keep the premises safe for use by Ms. Velador and others.

31. Defendants breached that duty by allowing the existence or creating the dangerous condition that caused injury to plaintiff.

32. Defendants were negligent in failing to secure the premises, as well as failing to warn Ms. Velador of the presence of a dangerous condition.

33. Defendants had a duty to maintain the property in a reasonably safe condition in view of all the circumstances, to properly train employees, to properly enforce rules and procedures, and to take steps to properly warn of dangers. They breached those duties and were negligent.

34. As owners and or possessors of the land, defendants had a non-delegable duty to maintain the premises in a safe condition.

## COUNT III VICARIOUS LIABILITY

35. Plaintiff incorporates all prior allegations as if set forth herein in full.

36. Defendant's employees had a duty to place mats at the entrance to the store. The employee did not place the mat at the entrance to the store.

37. The employee's actions were subject to Walmart's right of control and in the course and scope of the employee's employment with Walmart.

38. The store employee failed to place mats at the entrance to the store. As a result, Plaintiff fell and was injured.

WHEREFORE, Ms. Velador prays for judgment against Defendants jointly and severally, awarding the following relief:

a. Compensatory damages in an amount to be determined at trial;

b. Punitive damages;

c. Pre-and post-judgment interest;

d. Plaintiff's costs; and,

e. Additional relief as the Court deems proper.

Respectfully submitted,

GADDY LAW FIRM

/s/ Brian Gaddy
Brian Gaddy
Attorney for Plaintiff
4420 Prospect Ave. NE
Albuquerque, NM 87110
Phone: (505) 254-9090
Fax: (505) 273-7943
brian@gaddyfirm.com

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
8/25/2025 11:58 AM
KATINA WATSON
CLERK OF THE COURT
Dora I Chavarria

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

VERONICA VELADOR,

Plaintiff,

v. NO. D-202-CV-2025-07515

WALMART, INC., a foreign
for-profit corporation,
WAL-MART STORES EAST, LP,
a foreign limited partnership,
and JANE DOES 1-2,

Defendants.

**COURT-ANNEXED ARBITRATION CERTIFICATE**

I, Counsel for the Plaintiff, certify that:

[ ] This case **is subject** to referral to arbitration under Local Rule 2-603. No party seeks relief other than a money judgment and no party seeks an award in excess of twenty-five thousand dollars ($25,000) exclusive of punitive damages, interest, costs and attorney's fees.

[X] This case **is not subject** to referral to arbitration under Local Rule 2-603, because at least one party seeks relief other than a money judgment and/or at least one party seeks an award in excess of twenty-five thousand dollars ($25,000) exclusive of punitive damages, interest, costs and attorney fees.

Respectfully Submitted,

*/s/ Brian Gaddy*
Brian Gaddy
Gaddy Law Firm
4420 Prospect Ave. NE
Albuquerque, NM 87110
P: 505-889-9090
F: 505-273-7943
*Attorney for Plaintiff*

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
8/25/2025 11:58 AM
KATINA WATSON
CLERK OF THE COURT
Dora I Chavarria

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

VERONICA VELADOR,

Plaintiff,

v. NO. D-202-CV-2025-07515

WALMART, INC., a foreign
for-profit corporation,
WAL-MART STORES EAST, LP,
a foreign limited partnership,
and JANE DOES 1-2,

Defendants.

**DEMAND FOR TRIAL BY JURY**

COMES NOW the Plaintiff Veronica Velador, by and through her attorney of record, GADDY LAW FIRM, (Brian Gaddy), and hereby demands a trial by a jury of six (6). The required jury fee in the amount of $150.00 is tendered herewith.

Respectfully submitted,

GADDY LAW FIRM

*/s/Brian Gaddy*

Brian Gaddy
4420 Prospect Ave. NE
Albuquerque, NM 87110
P: (505) 254-9090
F: (505) 273-7943
brian@gaddyfirm.com
*Attorney for Plaintiff*

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
10/27/2025 12:47 PM
KATINA WATSON
CLERK OF THE COURT
Wendy X Apodaca Rascon

| **SUMMONS COMPLAINT** | |
|---|---|
| Second Judicial District Court<br>Bernalillo County, New Mexico<br>400 Lomas Blvd NW<br>Albuquerque, NM 87102<br><br>Court Telephone Number.: 505-841-7451 | Case Number: D-202-CV-2025-07515<br><br>Judge: Lujan, Elaine P. |
| Plaintiff VERONICA VELADOR<br>v.<br>Defendant WALMART, INC. a foreign for-profit corporation and WAL-MART STORES EAST LP a foreign limited partnership and JANE DOES 1-2 | To: Walmart, Inc.<br>c/o Corporation Process Company<br>726 E. Michigan, Ste. 330<br>Hobbs, NM 88240 |

**TO THE ABOVE NAMED DEFENDANT(S):**
Take notice that

1. A lawsuit has been filed against you. A copy of the Complaint, Jury Demand (6 person), and Court-Annexed Arbitration Certificate are attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6227; or 1-505-797-6066.

Dated at Albuquerque, New Mexico, this _____ day of 8/26/2025, 2025.

Katina Watson
CLERK OF COURT

By: Miquela Ortiz
Deputy Clerk

Miquela Ortiz

Attorney for Plaintiff: /s/ Brian Gaddy
Brian Gaddy
GADDY LAW FIRM
4420 Prospect Ave. NE
Albuquerque, NM 87110
(505) 889-9090
(505) 273-7943 Fax
brian@gaddyfirm.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 NMRA OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**[1]

STATE OF NEW MEXICO )
)ss
COUNTY OF Bernalillo )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Lea county on the 14th day of October, 2025, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

(***check one box and fill in appropriate blanks***)

[ ] to the defendant____________________(*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[X] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*). USPS Certified / Return Receipt attached.

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to________________________, a person over fifteen (15) years of age and residing at the usual place of abode of defendant______________, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at ________________(*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to______________________, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at

____________________(*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at__________(*insert defendant's last known mailing address*).

[ ] to______________________, an agent authorized to receive service of process for defendant__________________________.

[ ] to_________________, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant__________________(*used when defendant is a minor or an incompetent person*).

[ ] to_________________________(*name of person*),________________________, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: ____________________________

Wendy J. Mondragon
Signature of person making service

Legal Assistant
Title (*if any*)

Subscribed and sworn to before me this 27 day of October.[2]

Marcia Susan Treadwell
Judge, notary or other officer authorized to administer oaths

Notary
Official title

MARCIA SUSAN TREADWELL
Notary Public - State of New Mexico
Commission # 1095826
My Comm. Expires Jun 29, 2026

USE NOTE

1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013; as amended by Supreme Court Order No. 13-8300-022, effective for all cases pending or filed on or after December 31, 2013; as amended by Supreme Court Order No. 14-8300-017, effective for all cases pending or filed on or after December 31, 2014.]

7020 1810 0000 8283 7586

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (*check box, add fee as appropriate*)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here — USPS ALBUQUERQUE NM 87101-9998 OCT - 8 2025 1080-0112

*Sent To* Wal-Mart Inc
*Street and Apt. No., or PO Box No.* 726 E. Michigan Ste 330
*City, State, ZIP+4®* Hobbs, NM 88240

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

DER: *COMPLETE THIS SECTION*

omplete items 1, 2, and 3.
int your name and address on the reverse
that we can return the card to you.
tach this card to the back of the mailpiece,
on the front if space permits.

icle Addressed to:
al-Mart Inc
26 E. Michigan
Ste 330
obbs, NM 88240

9590 9402 9408 5002 5629 68

icle Number (*Transfer from service label*)
7020 1810 0000 8283 7586

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X Gabriela Amaya ☐ Agent ☐ Addressee
B. Received by (*Printed Name*) Gabriela Arroyo C. Date of Delivery 10/14/25
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

orm 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt