IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VERONICA VELADOR,

     Plaintiff,

v.                                  Case No. 1:25-cv-1127-KG-SCY

WALMART INC., a foreign
For-profit corporation, WAL-MART
STORES EAST, LP, a foreign limited
Partnership, and JANE DOES 1-2,

     Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court through the parties' Joint Motion for Dismissal with Prejudice, and the Court being fully informed of the premises, FINDS that the Motion is well taken and should be granted.

IT IS HEREBY ORDERED ADJUDGED and DECREED that Plaintiff's Complaint and all claims made or which could have been made by Plaintiff against Defendants are hereby dismissed with prejudice, with each party bearing their own costs and attorney's fees.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.